**CERTIFICATE OF SERVICE**

**UNITED STATES DISTRICT COURT**
**Case No. 2:11-CV-02065-KJM-GGH**

I declare that I am employed in the County of Alameda, State of California.  I am over the age of eighteen (18) years and not a party to the within cause.  My business address is Ross House, 2nd Floor, 483 Ninth Street, Oakland, CA  94607.  On this day, I served the foregoing Document(s):

- Order Setting Status (Pretrial Scheduling) Conference
- Standing Order
- Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions
- Notice of Availability of Voluntary Dispute Resolution

☒ By Mail to the parties in said action, as addressed below, in accordance with Code of Civil Procedure §1013(a), by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.  At Beeson, Tayer & Bodine, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business in a United States mailbox in the City of Oakland, California.

| | |
|---|---|
| Aldon Louis Bolanos, Esq. | David Simpson, Esq. |
| Aldon Louis, P.C. | Wolflick & Simpson |
| 925 "G" Street | 130 N. Brand Blvd., Suite 410 |
| Sacramento CA  95814 | Glendale, CA  91203 |

I declare under penalty of perjury that the foregoing is true and correct.  Executed in Oakland, California, on this date, August 5, 2011.

/s/Duane B. Beeson
Duane B. Beeson
Attorney for IBEW Local 1269